No. 75–5925. BOAG *v.* GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–5939. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5941. FLYNN *v.* O'MARA, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–5961. MILLER ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. Reported below: See 27 Ill. App. 3d 788, 327 N. E. 2d 253.

No. 75–5964. MITCHELL *v.* ALBERTSON's FOOD CENTER, INC. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 75–5965. SMITH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–5968. DELGADO *v.* ROBINSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 75–5971. MASON *v.* AUTOMOTIVE HOBBY SHOPS. C. A. 7th Cir. Certiorari denied.

No. 75–5973. FOREHAND *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 75–5975. COZZETTI *v.* CENTRAL TELEPHONE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–5981. NICKENS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 75–5988. ALVAREZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.